```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DAVID ZAIRE,

                        Plaintiff,
                                              No.9:03-CV-629
            v.                                 (FJS/RFT)

THOMAS WELCH, Correction Counselor at
Clinton Correctional Facility;
R. JOYCE CARVER, Deputy Commissioner/
Designee for the NYS Department of
Correctional Services; ANGELO
JUSTINIANO, Deputy Commissioner/
Designee for the NYS Department
of Correctional Services,

                        Defendants.
_____
```

**APPEARANCES:**                                **OF COUNSEL:**

DAVID ZAIRE
Plaintiff, *Pro Se*
83-A-2242
Clinton Correctional Facility
Box 2000
Dannemora, N.Y.   12929


HON. ANDREW M. CUOMO                    MARIA MORAN, ESQ.
Attorney General of the                 Assistant Attorney General
   State of New York
Attorney for Defendants
The Capitol
Litigation Bureau
Albany, New York 12224


**FREDERICK J. SCULLIN, JR., S.D.J.:**


<u>**ORDER**</u>


    Presently before the Court is Magistrate Judge Randolph F.

Treece's March 10, 2008 Report-Recommendation in which he recommends that defendants' motion for an Order striking Plaintiff's IFP status be denied and no objections to said Report-Recommendation having been filed, the Court

**ORDERS** that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed March 10, 2008 is, for the reasons stated therein, **ACCEPTED** in its entirety and the Court further

**ORDERS** that defendants' motion for an Order striking Plaintiff's IFP status is **DENIED.**


**IT IS SO ORDERED.**

DATED: March 31, 2008
       Syracuse, New York


_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge